**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-6718**

———————————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

GREGORY BUTTLER, a/k/a Trevor G. Whittingham,

Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Albert V. Bryan, Jr., Senior District Judge. (CR-89-14)

———————————

Submitted: April 17, 1997          Decided: April 25, 1997

———————————

Before NIEMEYER and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Gregory Buttler, Appellant Pro Se. Helen F. Fahey, United States Attorney, Alexandria, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying his motion for the production of trial transcripts at government expense. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Buttler</u>, No. CR-89-14 (E.D. Va. Mar. 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2